# First District.

Courtenay Barber, appellee, v. Kingsley-Miller Company, appellant. Gen. No. 32,192.

Opinion filed October 3, 1928. Rehearing denied October 16, 1928.

Zane, Morse & Norman, for appellant; Walter Wm. Pearson, of counsel. Montgomery, Hart & Smith, for appellee; Louis E. Hart and Paul O'Donnell, of counsel.

Mr. Presiding Justice Holdom delivered the opinion of the court.

Courtenay Barber, appellee, v. Kingsley-Miller Company, appellant. Gen. No. 32,341.

Opinion filed October 3, 1928. Rehearing denied October 16, 1928.

Zane, Morse & Norman, for appellant; Walter Wm. Pearson, of counsel. Montgomery, Hart & Smith, for appellee; Louis E. Hart and Paul O'Donnell, of counsel.

Mr. Presiding Justice Holdom delivered the opinion of the court.

Zemon Construction Company, Inc., appellant, v. Walter J. Witzke, appellee. Gen. No. 32,604.

Opinion filed October 3, 1928.

Maurice A. Barancik, for appellant; L. L. Richmond, of counsel. Herman R. Gore, for appellee.

Mr. Presiding Justice Holdom delivered the opinion of the court.

Ida L. Sandberg, appellant, v. Eva Hamilton et al., appellees. Gen. No. 32,632.